BEFORE: STEVEN L. TISCIONE          DATE: 2/26/2024
UNITED STATES MAGISTRATE JUDGE      TIME: 1:30 PM

## <u>CRIMINAL CAUSE FOR ORDER OF EXCLUDABLE DELAY</u>

**DOCKET No. 23-mj-865**

**DEFENDANT: Qin Hui**               **DEF. #**

☒ Present    ☐ Not Present     ☒ Custody    ☐ Bail/Surrender

**DEFENSE COUNSEL: Henry E. Mazurek**
☐    Federal Defender      ☐    CJA      ☒     Retained

**A.U.S.A.: Adam R. Toporovsky**

INTERPRETER: Tuo Huang (Mandarin)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG: 1:38 PM- 1:44 PM      MAGISTRATE DEPUTY: GRD

☒     Case called      ☒     Counsel for all sides present

☐     Arraignment on the Indictment

☐     Defendant enters a plea of Not Guilty to all counts of indictment

☒     Waiver of Speedy Trial executed; time excluded <u>from February 26, 2024 through March 26, 2024.</u>

☐     Order Setting Conditions of Release and Bond continued.

☐     Permanent Order of Detention entered with leave to re-open.

☐     Temporary Order of Detention entered.

       ☐     Detention Hearing scheduled for:

☐     Bail Hearing held.  Disposition:

☐     Next Court appearance to be determined.

Defendant ☐   Remains on Bond;   ☒    Remains in Custody.

OTHER: Parties continuing plea negotiations.  After informing Defendant of his rights, the Court issued an Order of Excludable Delay from 2/26/24 through 3/26/24.  Defendant remains in custody.