BTK:dmc
F. #2018R01102

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 11 2024

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

QIN HUI, ALSO KNOWN AS "HUI QIN,"
"HUI QUIN," "MUK LAM LI," AND "KARL",

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No.

**CHOUDHURY, J.**

LOCKE, M. J.

CR-24 100

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant QIN HUI, ALSO KNOWN AS "HUI QIN," "HUI QUIN," "MUK LAM LI," AND "KARL"'s waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  Central Islip, New York
        March 11, 2024

BREON PEACE
United States Attorney
Eastern District of New York
Attorney for Plaintiff
610 Federal Plaza
Central Islip, New York 11722

By:  /s/ Bradley T. King
     Bradley T. King
     Assistant United States Attorney
     (631) 715-7875

Cc:  Clerk of the Court
     Henry Masurek, Esq.
     James Miskiewicz, Esq.
     Benjamin Xue, Esq.