**INFORMATION SHEET**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ MAR 11 2024

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.  Title of Case:  United States v. Qin Hui, also known as "Hui Qin," "Hui Quin," "Muk Lam Li," and "Karl"

2.  Related Magistrate Docket Number(s): 23-MJ-865 (JMW)

3.  Arrest Date:  __N/A__

CR-24 100

CHOUDHURY, J.

LOCKE, M. J.

4.  Nature of offense(s):   ☒  Felony
                           ☐  Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):US v. Duo Liu, 23-CR-19

6.  Projected Length of Trial:   Less than 6 weeks   ☒
                                 More than 6 weeks   ☐

7.  County in which crime was allegedly committed: Nassau
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes  ☒ No

9.  Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10. Have arrest warrants been ordered?   ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By:    /s/ Bradley T. King

Bradley T. King
Assistant U.S. Attorney
Bradley.King@usdoj.gov
631-715-7875

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 12/14/23