# Exhibit A

Jifa Qu


April 2, 2024

Honorable District Judge Joan M. Azrack
USDC, EDNY Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Sentencing of Hui Qin

Dear Judge Azrack,

My name is Jifa Qu. I'm a software engineer and a US citizen. Hui Qin (Mr. Qin) is my brother-in-law (my wife Jian Qin is his sister). I have known him for 36 years since my engagement with my wife in 1988.

In early days, my in-laws worked and lived separately in Beijing and Sichuan (thousand miles away) due to Hukou, a system for household registration used in mainland China. So in his childhood before age six, he sometimes lived with his mother, and other times with his father, rarely lived with both parents.

Mr. Qin married twice and has 3 children. He married his first wife Qing Lin in early 90s, unfortunately, his first wife dead of a disease in 1996 at age 28, left him a two-year-old girl. Before we began to help him to raise this child in the US in 2006, he had experienced very difficult time to earn living and raise this child.

At the time when he married his second wife Duo Liu in about 2010, he was very successful on business and was wealthy. He has two more children with Duo Liu.

These two young children are 13 and 11 years old, both born in the US. They still need Mr. Qin's support.

Mr. Qin is a family-person who is very kind to family members. He took great care of older family members. For instance, he has been taking great care of his first wife Qing's parents from the late 90s to today. He bought a luxury apartment in Beijing for them in late 90s, sponsored them to domestic and international travels to destinations including Singapore, US, Canada and Europe, and has been funding senior care for them in Beijing.

He also took great care of his second wife's parents, supported their livings in China and in the US.

Mr. Qin also cares about local communities and helps people when they need it. Followings are some of the examples,

- He donated more than $1 million to The Green Vale School (Brooksville, NY) to build the "Qin library".
- He donated brand new playground equipment to Schwerin Early Childhood (Brooksville, NY)
- He donated more than $300,000 to Red Cross for the Sichuan Earthquake in 2008.
- He funded and built schools in Sichuan, China.

I hope this letter provides you with a second view of Mr. Qin. He did a lot for others and provided worry-less life for his children and loved ones. Please do consider that these people still need him financially and mentally when you make decisions on this case.

Please don't hesitate to contact me if you should require any further information. Thank you!

Yours sincerely,

Jifa Qu