# Exhibit B

Dear Honorable Judge Azrack,

Thank you for taking the time to read this letter.

The purpose of writing you this letter is to explain to you that Hui Qin is a very good person, although he has made some mistakes.

Mr. Qin and I are good friends, and I can say without reservation that Mr. Qin is a very generous and kind person.

Mr. Qin was once a very successful entrepreneur and very well-known in mainland China. He founded and operated SMI Cinemas, one of the largest movie theater operators in China.

He has made generous contributions to the American communities. He donated more than $1.5 million to Long Island schools and also made significant donations to the Cold Spring Harbor Laboratory.

He is very filial to his parents. He loves his children and takes great care of his family.

He is very generous and kind to his friends, and he is always willing to help others. He has many friends and they all respect him very much.

Because he was not familiar with American law, he made some mistakes. I hope Your Honor can be lenient to him and gives him a second chance. I am confident he will contribute positively to society.

Thank you so much!

*[signature]*

Maodong Xu   04/15/24