# Exhibit D

DISTRICT COURT : COUNTY OF NASSAU
DISTRICT COURT

———————————————————X

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Hui Qin

DEFENDANT.

———————————————————X

**SHORT FORM ORDER**
CPL § 180.50 REDUCTION

Felony Comp. No.: CR-018720-23NA

1. On **Sept. 23 2023** the Court, after inquiry, orders the reduction of the felony offense(s) listed in the above-referenced felony complaint to a non-felony offense(s).

2. The Court is satisfied that for each felony offense, there is a reasonable cause to believe that the defendant committed an offense other than a felony and for each felony offense:

    ☐ There is not reasonable cause to believe that the defendant committed a felony in addition to the non-felony offense, or

    ☒ Although, there is reasonable cause to believe that the defendant committed a felony in addition to the non-felony offense, the Court is satisfied that a reduction of the felony offense is in the interest of justice and the District Attorney consents to the reduction.

3. Pursuant to CPL § 180.50(3)

    ☐ The District Attorney is directed to file a prosecutor's information; or
    ☐ The complainant is requested to file
        ☐ an information       ☐ a misdemeanor complaint; or
    ☒ The Court shall convert felony complaint or copy thereof through notations to
        ☒ an information       ☐ a misdemeanor complaint.

4. Upon the filing of the information, prosecutor's information or misdemeanor complaint the felony charge of:

    **PL 145.10** Is reduced to a non-felony charge of **PL 145.00(1)**
    _____ Is reduced to a non-felony charge of _____
    _____ Is reduced to a non-felony charge of _____
    _____ Is reduced to a non-felony charge of _____
    _____ Is reduced to a non-felony charge of _____

and the felony complaint is dismissed.

ENTER:

Dated: **Sept. 23 2023**

_____
J.D.C
HON. GARY M. CARLTON

M-3475 5/21